IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE NIXON                                                                                      PLAINTIFF

v.                                            Case No. 3:17-cv-0075 KGB

TRUMANN POLICE DEPARTMENT, *et al.*                                            DEFENDANTS

## ORDER

Before the Court is plaintiff Ronnie Nixon's application to proceed *in forma pauperis* (Dkt. No. 1). Under the Prison Litigation Reform Act ("PLRA"), prisoners granted *in forma pauperis* status remain obligated to pay the $350 filing fee. *See* 28 U.S.C. § 1915(b)(1).[1] Under the PLRA, in order for the Court to determine how the $350 filing fee will be paid, the prisoner is required to submit a calculation sheet prepared and signed by an authorized official of the incarcerating facility. This calculation sheet reflects the deposits and monthly balances in the inmate's trust account at the facility during the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2).

The calculation sheet attached to Mr. Nixon's *in forma pauperis* application is not signed by an authorized official. Therefore, Mr. Nixon's application to proceed *in forma pauperis* is denied without prejudice, subject to refiling (Dkt. No. 1). In his application, Mr. Nixon indicates that jail officials refused to sign the calculation sheet as required by statute. The Court reminds the jail officials that the PLRA requires their compliance by completing and signing the appropriate financial forms submitted by inmates who file lawsuits under 42 U.S.C. § 1983.

---

[1] Effective May 1, 2013, the civil filing fee increased to $400, due to the implementation of a $50 administrative fee. This $50 fee does not, however, apply to plaintiffs who are granted *in forma pauperis* status.

Within 30 days of the entry of this Order, Mr. Nixon must either: (1) pay the $400 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* for the Court's review and consideration. If Mr. Nixon does not pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days, this action will be dismissed without prejudice.

So ordered this the 29th day of June, 2017.

_____
Kristine G. Baker
United States District Judge