IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE NIXON                                                    PLAINTIFF

v.                      Case No. 3:17-cv-00075-KGB

TRUMANN POLICE DEPARTMENT, *et al*.                    DEFENDANTS

**ORDER**

On June 25, 2018, the Court directed plaintiff Ronnie Nixon to file an amended complaint on or before July 25, 2018, in order to pursue his claims (Dkt. No. 18). The Court advised Mr. Nixon that failure to do so would result in dismissal of this matter pursuant to Local Rule 5.5(c)(2), which provides in part: "If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." Local Rule 5.5(c)(2).

Mr. Nixon has not complied with this Court's June 25, 2018, Order, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 3rd day of August, 2018.

                                                         Kristine G. Baker
                                                         United States District Judge