**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RONNIE NIXON**                                                              **PLAINTIFF**

**v.**                          **Case No. 3:17-cv-00075-KGB**

**TRUMANN POLICE DEPARTMENT,** *et al*.                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Ronnie Nixon's complaint is dismissed without prejudice.  The relief sought is denied.  The Court

certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal taken from the Order

and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 3rd day of August, 2018.

_____
Kristine G. Baker
United States District Judge